**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Pretzel Perfection, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Perfection Snacks** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-2475685** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **100 Corporate Drive<br>Suite 2<br>Montgomeryville, PA 18936**<br>Number, Street, City, State & ZIP Code | **253 Municipal Rd.<br>Erwinna, PA 18920**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Montgomery**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.shop.perfectionsnacks.com** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Pretzel Perfection, LLC**                                    Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

  3119

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **Pretzel Perfection, LLC**                                Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

█ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Pretzel Perfection, LLC**
Name                                                                    Case number (*if known*)

☐ $50,001 - $100,000            ■ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Pretzel Perfection, LLC** | Case number (*if known*) | |
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   3 / 1 / 2024
MM / DD / YYYY

X _____    **Amy Holyk**
Signature of authorized representative of debtor    Printed name

Title   **CEO**

**18. Signature of attorney**

X _____    Date   03/01/2024
Signature of attorney for debtor    MM / DD / YYYY

**Ronald S. Gellert**
Printed name

**Gellert, Scali, Busenkell & Brown, LLC**
Firm name

**901 Market Street**
**Suite 3020, 3rd Floor**
**Philadelphia, PA 19107**
Number, Street, City, State & ZIP Code

Contact phone   **302-425-5806**    Email address   **rgellert@gsbblaw.com**

**PA 80783**
Bar number and State

**CERTIFICATE OF RESOLUTION**
**AUTHORIZING PREPARATION FOR FILING OF**
**VOLUNTARY PETITION FOR REORGANIZATION**
**UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

At a special meeting of the Board of Directors (the "Board of Directors") of
Pretzel Perfection, LLC, a Washington Limited Liability Company (the "Company"), duly
constituted and held on 3/1/2024, 2024, the following resolutions were discussed and
thereafter adopted by unanimous consent:

WHEREAS, the Board of Directors of the Company has evaluated and considered the financial
condition, results of operations and projected cashflows of the Company, the Company's efforts
to secure additional debt or equity financing, the results of those efforts options available to the
Company and prospects for maximizing the value of the Company and returns to the
stakeholders of the Company and information and recommendations of its executive officers of,
and counsel to, the Company concerning the financial condition of the Company; and

NOW, THEREFORE, BE IT:

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of the
Company, its creditors, stockholders and other interested parties, that a petition for
reorganization of the Company be filed under the provisions of Chapter 7 of Title 11 of the
United States Code (the "Bankruptcy Code");

RESOLVED, that the Chief Executive Officer (the "Authorized Officer") is hereby authorized,
empowered and directed, on behalf of the Company, to take all necessary actions and make all
necessary preparations for the Company to commence a case under Chapter 7 of the Bankruptcy
Code (the "Chapter 7 Case"), and to commence the Chapter 7 Case, in the venue that the
Authorized Officer deems appropriate and at such time that the Authorized Officer deems
appropriate, in the exercise of his discretion and professional expertise;

RESOLVED, that the Authorized Officer of the Company shall be and hereby is authorized and
directed to do and perform all such acts and things to be prepared to execute and file all petitions,
plans, pleadings, schedules, lists, statements, applications, documents, certificates and other
papers, and to take such other steps as may be deemed necessary or desirable in order to conduct
a case under Chapter 7 of the Bankruptcy Code and to effectuate a reorganization of the
Company under Chapter 7 as is deemed appropriate;

RESOLVED, that the Company shall employ, subject to any requisite bankruptcy court
approval, the law firm of Gellert Scali Busenkell and Brown, LLC as general bankruptcy counsel
to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to
take any and all actions to advance the Company's rights and obligations, including filing any
pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed
to cause to be filed an appropriate application for authority to retain the services of Gellert Scali
Busenkell & Brown, LLC;

RESOLVED, that the Company shall employ, subject to any requisite bankruptcy court
approval, such other professionals and persons as the Authorized Officer determines are

necessary in order to conduct the Chapter 7 Case while subject to the jurisdiction of the Bankruptcy Court;

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer and such other officers of the Company as any Authorized Officer shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Officer, be authorized and empowered to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, declarations, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates and other documents, and to take such other actions as in the judgment of such officer shall be or become necessary, proper and desirable to conduct the Chapter 7 liquidation of the Company as is deemed appropriate; and

RESOLVED, that any and all actions heretofore or hereafter taken by the officers or directors of the Company in the name of and on behalf of the Company in furtherance of any or all of the foregoing resolutions are hereby ratified and confirmed in their entirety.

I, the undersigned, Chief Executive Officer of Pretzel Perfection, LLC, do hereby certify that the foregoing is a true, complete and accurate copy of the resolutions duly adopted by the Board of Directors of said Company by unanimous consent; and I do further certify that these resolutions have not been altered, amended, repealed or rescinded and are now in full force and effect.

The undersigned further certifies that the Board of Directors had at the time of the adoption of said resolutions full power and authority to adopt said resolutions, and that the Board of Directors now has said power and authority.

IN WITNESS WHEREOF, I have hereunto subscribed my name in my professional capacity with Pretzel Perfection, LLC, this _____1st_____ day of _____March_____, 2024

By: _____

Name: Amy Holyk

Title:   Chief Executive Officer

**Fill in this information to identify the case:**

Debtor name      **Pretzel Perfection, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■   *Schedule H: Codebtors* (Official Form 206H)
■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3 / 1 / 2024          x _____
                                          Signature of individual signing on behalf of debtor

                                          **Amy Holyk**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name     **Pretzel Perfection, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................. $    0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................. $    37,462.90

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................... $    37,462.90

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $    837,940.05

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $    676,107.01

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$    9,614,224.04

4.    **Total liabilities** ........................................................................................
     Lines 2 + 3a + 3b      $    11,128,271.10

**Fill in this information to identify the case:**

Debtor name        **Pretzel Perfection, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **First Commonwealth** | **Non-Personal Checking** | 7535 | $7,934.35 |
| 3.2. | **Banner Bank** | **Non-Personal Checking** | 1019 | $0.00 |
| 3.3. | **Penn Community** | **Non-Personal Checking** | 5205 | $84.76 |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | **Shopify** | | | $23,047.74 |
| 4.2. | **PayPal** | | | $6,396.05 |

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$37,462.90

**Part 2:**    **Deposits and Prepayments**

Debtor    **Pretzel Perfection, LLC**                                    Case number *(If known)* _____
_____
Name

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
□ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
7.1.  _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment
8.1.  _____    _____

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                         _____

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
□ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less: _____ - _____ = ....    _____
face amount                      doubtful or uncollectible accounts

11b. Over 90 days old: _____ - _____ =....    _____
face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                         _____

**Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1.  _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC,**

Debtor    **Pretzel Perfection, LLC**                              Case number *(If known)* _____
_____
Name

**partnership, or joint venture**

Name of entity:                              % of ownership

15.1. _____    _____%    _____    _____

_____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    _____

_____

17.    **Total of Part 4.**                                                        ┌──────────────────┐
Add lines 14 through 16.  Copy the total to line 83.                             │ _____ │
                                                                                 └──────────────────┘

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials**<br>**Seasongings** | | **Unknown** | | **Unknown** |
| **20.    Work in progress** | | | | |
| **21.    Finished goods, including goods held for resale** | | | | |
| **22.    Other inventory or supplies**<br>**Packaging, cardboard** | | **Unknown** | | **Unknown** |

23.    **Total of Part 5.**                                                       ┌──────────────────┐
Add lines 19 through 22.  Copy the total to line 84.                              │ **$0.00** │
                                                                                 └──────────────────┘

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value    _____**0.00**    Valuation method    **discount retailer**    Current Value    _____**0.00**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Debtor **Pretzel Perfection, LLC**
Name

Case number *(If known)* _____

☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops-either planted or harvested** | | | |
| | | | |
| **29.** **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| | | | |
| **30.** **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

**33.** **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                      _____

**34.** **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor     **Pretzel Perfection, LLC**                                    Case number *(If known)* _____
　　　　　　 Name

39.　　**Office furniture**

40.　　**Office fixtures**

41.　　**Office equipment, including all computer equipment and communication systems equipment and software**
　　　　**Copier** _____    __**Unknown**__    _____    __**Unknown**__

42.　　**Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　　**Total of Part 7.**
　　　　Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

44.　　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　　■ No
　　　　☐ Yes

45.　　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

**Part 8:　Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■ No.  Go to Part 9.
　　☐ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.　Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. _____ | _____ | _____ | _____ |
| **48.　Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. _____ | _____ | _____ | _____ |
| **49.　Aircraft and accessories** | | | |
| 49.1.. _____ | _____ | _____ | _____ |
| **50.　Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | _____ | _____ | _____ |

Debtor    **Pretzel Perfection, LLC**                                    Case number *(If known)* _____
          Name

51.    **Total of Part 8.**

       Add lines 47 through 50. Copy the total to line 87.                    | _____ |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| _____ | _____ | _____ | _____ | _____ |

56.    **Total of Part 9.**

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.                                             | _____ |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☐ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** perfectionsnacks.com | **Unknown** | | **Unknown** |

Debtor      **Pretzel Perfection, LLC**                                Case number *(If known)* _____
            Name

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**
                                                                                    | $0.00 |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |

70.   **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ■ No.  Go to Part 12.
      ☐ Yes Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

      _____    _____  -  _____  =  _____
                             Total face amount         doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      _____                          Tax year _____    _____

73.   **Interests in insurance policies or annuities**

      _____                                                          _____

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

      _____                                                          _____

      **Nature of claim**    _____
      **Amount requested**   _____

Debtor    **Pretzel Perfection, LLC**                                    Case number *(If known)* _____
_____
Name

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

        **Nature of claim**    _____

        **Amount requested**    _____

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Pretzel Perfection, LLC**_____    Case number *(If known)* _____
　　　　　Name

　**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,462.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $37,462.90 | + 91b.　$0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $37,462.90 |

**Fill in this information to identify the case:**

Debtor name **Pretzel Perfection, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1   Fox Capital Group**
Creditor's Name

**65 Broadway
Suite 804
New York, NY 10006**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
9-10-21**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets**

Describe the lien
**UCC statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,200.00**   Column B: **Unknown**

**2.2   Itria Ventures**
Creditor's Name

**1 Penn Plaza
Suite 4530
New York, NY 10019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
7-19-21**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All present and future accounts, intangibles, assets**

Describe the lien
**UCC statement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **Unknown**   Column B: **Unknown**

Debtor **Pretzel Perfection, LLC**
Name

Case number *(if known)*

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Itria Ventures** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**1 Penn Plaza**
**Suite 4530**
**New York, NY 10019**
Creditor's mailing address

**All present and future accounts, intangibles, assets**

Describe the lien
**UCC statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Merchant Captial** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**1274 49th St.**
**Suite 197**
**Brooklyn, NY 11219**
Creditor's mailing address

**All receivables, inangibles, contract rights**

Describe the lien
**UCC statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Swift Financial (PayPal)** | Describe debtor's property that is subject to a lien | Unknown | Unknown |

Creditor's Name

**Attn: Banktrupcty**
**3505 Silverside Rd.**
**Wilmington, DE 19810**
Creditor's mailing address

**All present and future accounts, intangibles, assets**

Describe the lien
**UCC statement**

Is the creditor an insider or related party?
☑ No

---

Debtor    **Pretzel Perfection, LLC**                                       Case number (if known)
_____
Name

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                   ■ No
**4/2021**                                   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.6 | **US Eagle Federal Credit Union** | **Describe debtor's property that is subject to a lien** | $836,740.05 | Unknown |

Creditor's Name                             **All assets**

**3939 Osuna NE**
**Albuquerque, NM 87109**
Creditor's mailing address                  **Describe the lien**
                                            **UCC statement**
                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ■ No
**12/2020**                                  ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8209**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $837,940.05

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Elizabeth Barca**<br>**181 E. Evans St.**<br>**Suite 313, BTC 119**<br>**Florence, SC 29506** | Line  2.6 | |
| **Jellum Law**<br>**Attn: Garth Gavenda**<br>**7616 Currell Blvd.**<br>**Ste. 245**<br>**Saint Paul, MN 55125** | Line  2.6 | |
| **SBA**<br>**6501 Sylan Rd**<br>**Suite 100**<br>**Citrus Heights, CA 95610-5017** | Line  2.6 | 8209 |

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 3 of 4

Debtor    **Pretzel Perfection, LLC**
Name

Case number (if known)

**Fill in this information to identify the case:**

Debtor name **Pretzel Perfection, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$671,737.20** | $0.00 |
|---|---|---|---|---|

**Amy Holyk**
**253 Municipal Rd**
**Erwinna, PA 18920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**payroll and reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,369.81** | **$4,369.81** |
|---|---|---|---|---|

**Internal Revenue Service**
**Dept. of Treasury**
**Cincinnati, OH 45999-0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor    **Pretzel Perfection, LLC**

Name

Case number (if known)

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**56 Red**
**c/o Robert MacArthur**
**7425 SW Aloma Way**
**#3**
**Portland, OR 97223**

Date(s) debt was incurred  **10/17/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **marketing consulting**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,308.25 |
|---|---|---|---|

**Amazon Capital Services Inc**
**410 Terry Ave North**
**Seattle, WA 98109-5210**

Date(s) debt was incurred  **6-7-23**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,537.85 |
|---|---|---|---|

**American Express**
**P.O. Box 1270**
**Newark, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number  **4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,139.15 |
|---|---|---|---|

**American Express**
**P.O. Box 1270**
**Newark, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number  **4009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Anne and Bob Scarazzo**
**21 Steeplechase Dr.**
**Doylestown, PA 18901**

Date(s) debt was incurred  **1/10/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Anne Marie Soloman**
**1012 Country Way**
**Chester Springs, PA 19425**

Date(s) debt was incurred  **1/3/2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **personal note**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Anne Scarazzo**
**21 Steeplechase Dr.**
**Doylestown, PA 18901**

Date(s) debt was incurred  **10/2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **consulting**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Pretzel Perfection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,193.52**

**Bickel Snack Foods**
**1120 Zinn's Quarry Rd.**
**York, PA 17404**

Date(s) debt was incurred  8/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  manufacturer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$137,000.00**

**Bob and Kathy Mandt**
**12423 NE 49th St.**
**Vancouver, WA 98682**

Date(s) debt was incurred  10/8/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  perosnal note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00**

**Branden J. Stansberry**
**502 W. Wilson Ct.**
**Spokane, WA 99208**

Date(s) debt was incurred  1/6/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,733.58**

**Bunzi**
**10814 Northeast Ave.**
**Philadelphia, PA 19116**

Date(s) debt was incurred  __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  supplies

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00**

**Charles Grayson**
**175 Grandchester Way**
**Fayetteville, GA 30215**

Date(s) debt was incurred  3/23/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,485.92**

**Chesapeake Spice Co.**
**PO Box 6129**
**Hermitage, PA 16148**

Date(s) debt was incurred  12/21/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,000.00**

**Connor Holyk**
**253 Municpal Rd.**
**Erwinna, PA 18920**

Date(s) debt was incurred  10/19/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pretzel Perfection, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$285,000.00** |
|---|---|---|---|

**Daniel Schnell**
**15920 Pilot Drive**
**Sisters, OR 97759**

Date(s) debt was incurred _

Last 4 digits of account number **5820**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: **Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,250.00** |
|---|---|---|---|

**Darren Smith**
**838 S. Gretha Greenway**
**Los Angeles, CA 90049**

Date(s) debt was incurred **3/8/2017**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**David Uhle III**
**1452 Turkey Trot Rd.**
**Warminster, PA 18974**

Date(s) debt was incurred **4/26/2019**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,729.12** |
|---|---|---|---|

**Davis Wright Tremaine LLP**
**1300 SW Fifth Ave.**
**Suite 2400**
**Portland, OR 97201**

Date(s) debt was incurred **2019**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,000.00** |
|---|---|---|---|

**Deanna Farley**
**250 N. 175 E.**
**#333**
**New Harmony, UT 84757**

Date(s) debt was incurred **3/13/2020**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$932,865.18** |
|---|---|---|---|

**Debora Odom**
**253 Municipal Rd.**
**Erwinna, PA 18920**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|

**Diane and Charles Wells**
**2215 Rip Curl Run**
**#261**
**Palmetto, FL 34221**

Date(s) debt was incurred **2/20/2020**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pretzel Perfection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Diane and Dean Logan**
**184 Hampshire Dr.**
**Sellersville, PA 18960**

Date(s) debt was incurred **4/26/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Doug and Kassi Clark**
**3304 217th Pl. NE**
**Sammamish, WA 98074**

Date(s) debt was incurred **10/31/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

**$475,000.00**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**EAN Services LLC**
**PO Box 840173**
**Kansas City, MO 64184**

Date(s) debt was
incurred **11/2023, 12/2023, 1/2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **truck rental**

Is the claim subject to offset? ■ No ☐ Yes

**$6,014.97**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Eric Maki**
**618 NW Sean Ct.**
**Bend, OR 97703**

Date(s) debt was incurred **10/25/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

**$100,000.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Ernie Mills**
**4995 Pullman Ave. SE**
**Salem, OR 97302**

Date(s) debt was incurred **12/9/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Fitzmark, LLC**
**PO Box 010825**
**Milwaukee, WI 53288**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **logistics**

Is the claim subject to offset? ■ No ☐ Yes

**$10,293.67**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Forrest Smith**
**8380 Aumsville HWY SE**
**Spokane, WA 99208**

Date(s) debt was incurred **12/10/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **personal note**

Is the claim subject to offset? ■ No ☐ Yes

**$75,000.00**

---

Debtor    **Pretzel Perfection, LLC**
_____
          Name

Case number (if known) _____

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|------|---|---|---|

**Forward Financing, LLC**
**53 State St 20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7-21-21**

Basis for the claim: **Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,861.35 |
|------|---|---|---|

**Fox Rothschild LLP**
**2000 Market St.**
**20th Floor**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2018-2021**

Basis for the claim: **legal services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|------|---|---|---|

**Futures Technology Partners**
**1085 Quentin Place**
**Woodmere, NY 11598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/3/2019**

Basis for the claim: **personal note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,158.65 |
|------|---|---|---|

**Gluten Free Group**
**1605 46th St.**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **manufacturing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $963.53 |
|------|---|---|---|

**Gluten Intolerance Group**
**31214 124th Ave. SE**
**Auburn, WA 98092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/13/2024**

Basis for the claim: **certification**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,347.23 |
|------|---|---|---|

**Hayden Drew Corp.**
**dba Sircle Media**
**370 East 76th St.**
**Apt. B 1506**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **marketing/social media**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,979.85 |
|------|---|---|---|

**Hub Group**
**PO Box 95045**
**Chicago, IL 60694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **logistics**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pretzel Perfection, LLC**
_____    Case number (if known) _____
Name

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**James Goldman**
**108 W. 2nd Street**
**#1005**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/19/2019

Basis for the claim:  personal note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,488.70 |

**Jamestown Container**
**8146 Bavaria Dr. East**
**Macedonia, OH 44056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  corrugated

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,000.00 |

**Jeanie Schneeman**
**189 McNary Ln.**
**Toledo, OR 97391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/27/2019

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |

**Jeff Chouinard**
**1309 Adjala Tecumseth**
**Townline**
**New Tecumseth, ON LOG1WO**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,000.00 |

**Jennifer Leonard**
**1125 SE 55th Ave.**
**Portland, OR 97215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/9/2020

Basis for the claim:  personal note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Joey and Jayme Callon**
**120 W. 32nd St.**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/10/2019

Basis for the claim:  personal note

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**John Graves / Dennis Lonergan**
**247 Municipal Rd.**
**Erwinna, PA 18920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/9/2022

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pretzel Perfection, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.43** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,819.58**

**Josh Packaging Inc.**
**245 Marcus Blvd.**
**Hauppauge, NY 11788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/22/2023**

Basis for the claim:  **packaging**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$850,000.00**

**Juanita's Fine Foods**
**c/o Luis Dominguez**
**2885 Van Horn Dr.**
**Hood River, OR 97031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **personal note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,106.76**

**Keystone Food Products**
**PO Box 326**
**Easton, PA 18044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2021**

Basis for the claim:  **manufacturing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,131,827.70**

**Kirk Wilcox**
**253 Municipal Rd.**
**Erwinna, PA 18920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **personal note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,624.88**

**Knightly Networks**
**333 Main Street**
**Spring Mount**
**Schwenksville, PA 19473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2023**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$201,400.33**

**Lally Pak**
**1209 Central Ave.**
**Hillside, NJ 07205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150,000.00**

**Lanny and Karen Mix**
**c/o Lawrence Finnerman, Esq.**
**PO Box 359**
**Coos Bay, OR 97420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/28/2019**

Basis for the claim:  **personal note**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Pretzel Perfection, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,482.61** |
|---|---|---|---|

**Leviton Law Firm**
**One Pierce Place**
**Suite 725 W.**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **lab services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|

**Margaret Telander**
**255 N. Sierra #2204**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/24/2020**

Basis for the claim:  **personal note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**Matthew Insolia**
**1029 Ladera Dr.**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **personal note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Milagro and Franz Roesner**
**16900 SW 169 Ave.**
**Miami, FL 33187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Milliken and Michaels Inc.**
**1114 17th St.**
**Vero Beach, FL 32960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **manufacturing**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,940.37** |
|---|---|---|---|

**Moss Adams LLP**
**1301 A. Street #600**
**Tacoma, WA 98402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **accounting services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$430,000.00** |
|---|---|---|---|

**Nicholson Trust**
**6865 NW Diamond Place**
**Corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/2019**

Basis for the claim:  **personal note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pretzel Perfection, LLC**                              Case number (if known) _____
     Name

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,861.26** |
|---|---|---|---|

**Orthodox Union**
**40 Rector Street**
**4th Floor**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,712.54** |
|---|---|---|---|

**Parafin Inc**
**301 Howard Street**
**Suite 1500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9-28-23**

Basis for the claim:  **loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,057.97** |
|---|---|---|---|

**PayDay Employer Solutions**
**655 Creek Rd.**
**Bellmawr, NJ 08031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2023**

Basis for the claim:  **payroll**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,665.00** |
|---|---|---|---|

**Pension Plan Specialists**
**805 Broadway St.**
**#600**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **401(k) management**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Philip Telander**
**255 N. Sierra #2204**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/2020**

Basis for the claim:  **personal note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Premier Int'l Food Dist.**
**1029 Ladera Dr.**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2018**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,898.18** |
|---|---|---|---|

**Printpack Packaging**
**2800 Overlook Parkway**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **packaging**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Pretzel Perfection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address**
**Randy & Alicia Hernandez-Teicit**
**911 NE Avery**
**Newport, OR 97365**

Date(s) debt was incurred  11/17/2019

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.65** | **Nonpriority creditor's name and mailing address**
**Rebecca Goldberg**
**5 Byram Rd.**
**Pipersville, PA 18947**

Date(s) debt was incurred  2/17/2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.66** | **Nonpriority creditor's name and mailing address**
**Rob and Ivi Schroeder**
**1085 Quentin Place**
**Woodmere, NY 11598**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No  ☐ Yes

**$50,000.00**

---

**3.67** | **Nonpriority creditor's name and mailing address**
**Robert Nicholson**
**255 N. Sierra St.**
**#2111**
**Reno, NV 89501**

Date(s) debt was incurred  10/19/2020

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No  ☐ Yes

**$15,000.00**

---

**3.68** | **Nonpriority creditor's name and mailing address**
**Sean and April Brooks**
**9329 Creedmor Lane**
**New Port Richey, FL 34654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.69** | **Nonpriority creditor's name and mailing address**
**SGS Vanguard Sciences**
**75 Passiac Ave.**
**Fairfield, NJ 07004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lab tests

Is the claim subject to offset? ■ No  ☐ Yes

**$7,682.74**

---

**3.70** | **Nonpriority creditor's name and mailing address**
**Sophia Zellner**
**253 Municipal Rd.**
**Erwinna, PA 18920**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  personal note

Is the claim subject to offset? ■ No  ☐ Yes

**$782,000.00**

---

| Debtor | Pretzel Perfection, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.71**

Nonpriority creditor's name and mailing address
**SPG Advance**
**1221 McDonald Ave**
**Brooklyn, NY 11230**

Date(s) debt was incurred  **9-9-21**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.72**

Nonpriority creditor's name and mailing address
**Stark & Stark**
**PO Box 7164**
**Lancaster, PA 17604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$58,946.21**

---

**3.73**

Nonpriority creditor's name and mailing address
**Systems Advisory Services**
**1224 Paloma Ave.**
**Burlingame, CA 94010**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **software consulting**

Is the claim subject to offset? ■ No ☐ Yes

**$13,406.25**

---

**3.74**

Nonpriority creditor's name and mailing address
**Tabor Farms LLC**
**220 Farm Lane**
**Doylestown, PA 18901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **office rent**

Is the claim subject to offset? ■ No ☐ Yes

**$18,035.30**

---

**3.75**

Nonpriority creditor's name and mailing address
**Tarpon Logistics Group LLC**
**dba Unishippers**
**PO BOX 1560**
**Melbourne, FL 32902**

Date(s) debt was incurred __

Last 4 digits of account number  **2275**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Civil-Contract**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.76**

Nonpriority creditor's name and mailing address
**Teresa and Rod Proper**
**3425 N. Native Trl.**
**Rimrock, AZ 86335**

Date(s) debt was incurred  **10/8/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80,000.00**

---

**3.77**

Nonpriority creditor's name and mailing address
**Thompson and Skrabanek**
**42 W. 38th St.**
**#1002**
**New York, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,750.00**

---

| Debtor | **Pretzel Perfection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |

**Tim Peda**
**2104 East 3rd Ave.**
**Ellensburg, WA 98926**

Date(s) debt was incurred  **8/21/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **personal note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |

**Timothy Hickey**
**17064 Fairhaven Ave.**
**Farmington, MN 55024**

Date(s) debt was incurred  **4/24/2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **personal note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,033.42 |

**Total Quality Logistics**
**4289 Ivy Pointe Blvd.**
**Cincinnati, OH 45245**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $12,438.00 |

**Traffix**
**Attn: Nizam Bacchus**
**505-150 Ferrand Dr. 19**
**Toronto, ON, M3C 3ES**
**Canada**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |

**Tricia and George Chandler**
**3484 Twenty Mile Way**
**Loveland, OH 45140**

Date(s) debt was incurred  **12/4/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **personal note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $120,000.00 |

**Tristan Chavez**
**1115 N Angeleno Ave**
**Azusa, CA 91802**

Date(s) debt was incurred  **12/22/2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **personal note**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,947.18 |

**U.S. Bank**
**P.O. Box 108**
**Saint Louis, MO 63166**

Date(s) debt was incurred __

Last 4 digits of account number  **2960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Pretzel Perfection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address

**U.S. Small Business Administration**
**Office of Disaster Assistance**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

Date(s) debt was incurred  **6/2020**

Last 4 digits of account number  **7908**

As of the petition filing date, the claim is: *Check all that apply.*    **$504,690.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **EIDL Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address

**UPS**
**55 Glenlake Parkway NE**
**Atlanta, GA 30328**

Date(s) debt was incurred  **10/2023-12/2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$3,405.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address

**Verizon Business**
**PO Box 16810**
**Newark, NJ 07101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$982.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **phone**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address

**Vivian Johnson**
**222 Nesting Glade**
**Depoe Bay, OR 97341**

Date(s) debt was incurred  **11/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$35,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **personal note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address

**Wolfgang Operations LLC**
**50 East 4th Ave**
**York, PA 17404**

Date(s) debt was incurred __

Last 4 digits of account number  **5434**

As of the petition filing date, the claim is: *Check all that apply.*    **$173,158.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil Judgment**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allison Barker, Esq.**<br>**3331 Street Road**<br>**Two Greenwood Square**<br>**Suite 2100**<br>**Bensalem, PA 19020** | Line  **3.58**<br><br>☐  Not listed. Explain ____ | __ |
| 4.2 | **Allison Barker, Esq.**<br>**3331 Street Road**<br>**Two Greenwood Square**<br>**Suite 2100**<br>**Bensalem, PA 19020** | Line  **3.39**<br><br>☐  Not listed. Explain ____ | __ |

| Debtor | **Pretzel Perfection, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Daniel Wechsler, Esquire**<br>**Amato Keating & Lessa PC**<br>**107 N Commerce Way**<br>**Bethlehem, PA 18017** | Line __3.75__<br><br>☐ Not listed. Explain ____ | __3375__ |
| 4.4 | **H Jeffrey Brahin, Esquire**<br>**37 N Hamilton Street**<br>**107 N Commerce Way**<br>**Doylestown, PA 18901** | Line __3.15__<br><br>☐ Not listed. Explain ____ | __5820__ |
| 4.5 | **Justin Davis, Esq.**<br>**107 N. Commerce Way**<br>**Bethlehem, PA 18017** | Line __3.75__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 676,107.01 |
| **5b. Total claims from Part 2** | 5b. + | $ | 9,614,224.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,290,331.05 |

Fill in this information to identify the case:

Debtor name      **Pretzel Perfection, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest    **Copier** | |
| State the term remaining    **Monthly** | **Pacific Automation**<br>**1111 OLD EAGLE SCHOOL RD**<br>**Wayne, PA 19087-1453** |
| List the contract number of any government contract    _____ | |

**Fill in this information to identify the case:**

Debtor name     **Pretzel Perfection, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City  State  Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Pretzel Perfection, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | **$2,078,507.51** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | **$3,201,592.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Pretzel Perfection, LLC**                                   Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Amy Holyk**<br>**253 Municipal Rd**<br>**Erwinna, PA 18920**<br>**CEO** | | **$55,384.56** | **Salary** |
| 4.2. **Amy Holyk**<br>**253 Municipal Rd**<br>**Erwinna, PA 18920**<br>**CEO** | | **$36,450.00** | **Reimbursement** |
| 4.3. **Debora Odom**<br>**253 Municipal Rd.**<br>**Erwinna, PA 18920**<br>**HR Management** | | **$8,120.00** | **Payroll** |
| 4.4. **Debora Odom**<br>**253 Municipal Rd.**<br>**Erwinna, PA 18920**<br>**HR Management** | | **$110,686.86** | **Reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Velocity Ventures**<br>**1 Belmont Ae. Suite 520**<br>**Bala Cynwyd, PA 19004** | **Filed confession of judgment**<br>Last 4 digits of account number: ___7535___ | 2/2/2024 | **$145,000.00** |

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Pretzel Perfection, LLC** _____    Case number (if known) _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Daniel Schnell v Pretzel Perfection, LLC**<br>**2023-05820** | **Civil-Contract** | **Bucks County Court of Common Pleas**<br>**Bucks County Justice Center**<br>**100 North Main Street**<br>**Doylestown, PA 18901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Tarpon Logistics Group LLC dba Unishippers v Pretzel Perfection, LLC**<br>**2022-03375** | **Civil-Contract** | **Bucks County Court of Common Pleas**<br>**Bucks County Justice Center**<br>**100 North Main Street**<br>**Doylestown, PA 18901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Randall Roday v. Pretzel Perfection LLC**<br>**202291795** | | **Bucks County Court of Common Pleas**<br>**Bucks County Justice Center**<br>**100 North Main Street**<br>**Doylestown, PA 18901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **VV1513 LLC v. Pretzel Perfection LLC**<br>**202400578** | | **Bucks County Court of Common Pleas**<br>**Bucks County Justice Center**<br>**100 North Main Street**<br>**Doylestown, PA 18901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

Debtor    **Pretzel Perfection, LLC**                                    Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **2/20/2024** | **$7,500.00** |
| | Email or website address<br>**rgellert@gsbblaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **601 New Britain Road**<br>**Suite 320**<br>**Doylestown, PA 18901** | **10/20/19 - 12/31/23** |
| 14.2. | **1513 N Broad Street**<br>**Lansdale, PA 19446** | **6/01-11/23** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Pretzel Perfection, LLC**                                            Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **Pretzel Perfection, LLC**                                         Case number *(if known)* _____

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

  ■   No.
  ☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■   No.
  ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■   No.
  ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■   None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐   None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Anne Scarazzo**<br>**21 Steeplechase Dr.**<br>**Doylestown, PA 18901** | **11/2022-11/2023** |
| 26a.2. | **Maria Salzone** | **8/2022-10/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Debtor    **Pretzel Perfection, LLC**                                      Case number *(if known)* _____

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **US Eagle**<br>**P.O. Box 130**<br>**Albuquerque, NM 87103** |
| 26d.2. **Madison One**<br>**9375 East Shea Blvd.**<br>**Suite 100**<br>**Scottsdale, AZ 85260** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Amy Holyk** | **253 Municipal Rd**<br>**Erwinna, PA 18920** | **CEO** | **81** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor    **Pretzel Perfection, LLC**_____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Amy Holyk**<br>**253 Municipal Rd**<br>**Erwinna, PA 18920** | **55,384.56** | | **Salary** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.2. | **Amy Holyk**<br>**253 Municipal Rd**<br>**Erwinna, PA 18920** | **$36,450** | | **Reimbursement** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.3. | **Debora Odom**<br>**253 Municipal Rd.**<br>**Erwinna, PA 18920** | **$8,120.00** | | **Wages** |
| | **Relationship to debtor**<br>**HR Management** | | | |
| 30.4. | **Debora Odom**<br>**253 Municipal Rd.**<br>**Erwinna, PA 18920** | **$110,686.86** | | **Reimbursement** |
| | **Relationship to debtor**<br>**HR Management** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Pretzel Perfection, LLC** _____    Case number *(if known)* _____

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    3 / 1 / 2024

_____    **Amy Holyk** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CEO** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Pretzel Perfection, LLC** _____     Case No. _____
_____
Debtor(s)                                          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____     $ _____ **7,500.00**

    Prior to the filing of this statement I have received _____     $ _____ **7,500.00**

    Balance Due _____     $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Preparation and filing of any petition, schedules, statement of affairs which may be required.**
        **Representation of the Debtor(s) at the initial first meeting of creditors.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **\*Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to
    Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances
    actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

    **\*notated in retainer as fee/costs additonal (post-petition)**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_____3/1/2024_____          _/s/ Ronald S. Gellert_

_Date_

                                                   **Ronald S. Gellert**
                                                   _Signature of Attorney_
                                                     **Gellert, Scali, Busenkell & Brown, LLC**
                                                     **901 Market Street**
                                                     **Suite 3020, 3rd Floor**
                                                     **Philadelphia, PA 19107**
                                                     **302-425-5806  Fax: 302-425-5814**
                                                     rgellert@gsbblaw.com
                                                     _Name of law firm_

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re    **Pretzel Perfection, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:  3/1/2024 _____    _____

**Amy Holyk/CEO**
Signer/Title

56 Red
c/o Robert MacArthur
7425 SW Aloma Way
#3
Portland, OR 97223


Allison Barker, Esq.
3331 Street Road
Two Greenwood Square
Suite 2100
Bensalem, PA 19020


Amazon Capital Services Inc
410 Terry Ave North
Seattle, WA 98109-5210


American Express
P.O. Box 1270
Newark, NJ 07101


Amy Holyk
253 Municipal Rd
Erwinna, PA 18920


Anne and Bob Scarazzo
21 Steeplechase Dr.
Doylestown, PA 18901


Anne Marie Soloman
1012 Country Way
Chester Springs, PA 19425


Anne Scarazzo
21 Steeplechase Dr.
Doylestown, PA 18901


Bickel Snack Foods
1120 Zinn's Quarry Rd.
York, PA 17404

Bob and Kathy Mandt
12423 NE 49th St.
Vancouver, WA 98682


Branden J. Stansberry
502 W. Wilson Ct.
Spokane, WA 99208


Bunzi
10814 Northeast Ave.
Philadelphia, PA 19116


Charles Grayson
175 Grandchester Way
Fayetteville, GA 30215


Chesapeake Spice Co.
PO Box 6129
Hermitage, PA 16148


Connor Holyk
253 Municpal Rd.
Erwinna, PA 18920


Daniel Schnell
15920 Pilot Drive
Sisters, OR 97759


Daniel Wechsler, Esquire
Amato Keating & Lessa PC
107 N Commerce Way
Bethlehem, PA 18017


Darren Smith
838 S. Gretha Greenway
Los Angeles, CA 90049

David Uhle III
1452 Turkey Trot Rd.
Warminster, PA 18974


Davis Wright Tremaine LLP
1300 SW Fifth Ave.
Suite 2400
Portland, OR 97201


Deanna Farley
250 N. 175 E.
#333
New Harmony, UT 84757


Debora Odom
253 Municipal Rd.
Erwinna, PA 18920


Diane and Charles Wells
2215 Rip Curl Run
#261
Palmetto, FL 34221


Diane and Dean Logan
184 Hampshire Dr.
Sellersville, PA 18960


Doug and Kassi Clark
3304 217th Pl. NE
Sammamish, WA 98074


EAN Services LLC
PO Box 840173
Kansas City, MO 64184


Elizabeth Barca
181 E. Evans St.
Suite 313, BTC 119
Florence, SC 29506

Eric Maki
618 NW Sean Ct.
Bend, OR 97703


Ernie Mills
4995 Pullman Ave. SE
Salem, OR 97302


Fitzmark, LLC
PO Box 010825
Milwaukee, WI 53288


Forrest Smith
8380 Aumsville HWY SE
Spokane, WA 99208


Forward Financing, LLC
53 State St 20th Floor
Boston, MA 02109


Fox Capital Group
65 Broadway
Suite 804
New York, NY 10006


Fox Rothschild LLP
2000 Market St.
20th Floor
Philadelphia, PA 19103


Futures Technology Partners
1085 Quentin Place
Woodmere, NY 11598


Gluten Free Group
1605 46th St.
Brooklyn, NY 11204

Gluten Intolerance Group
31214 124th Ave. SE
Auburn, WA 98092


H Jeffrey Brahin, Esquire
37 N Hamilton Street
107 N Commerce Way
Doylestown, PA 18901


Hayden Drew Corp.
dba Sircle Media
370 East 76th St.
Apt. B 1506
New York, NY 10021


Hub Group
PO Box 95045
Chicago, IL 60694


Internal Revenue Service
Dept. of Treasury
Cincinnati, OH 45999-0030


Itria Ventures
1 Penn Plaza
Suite 4530
New York, NY 10019


James Goldman
108 W. 2nd Street
#1005
Los Angeles, CA 90011


Jamestown Container
8146 Bavaria Dr. East
Macedonia, OH 44056

Jeanie Schneeman
189 McNary Ln.
Toledo, OR 97391


Jeff Chouinard
1309 Adjala Tecumseth
Townline
New Tecumseth, ON LOG1WO
Canada


Jellum Law
Attn: Garth Gavenda
7616 Currell Blvd.
Ste. 245
Saint Paul, MN 55125


Jennifer Leonard
1125 SE 55th Ave.
Portland, OR 97215


Joey and Jayme Callon
120 W. 32nd St.
Vancouver, WA 98660


John Graves / Dennis Lonergan
247 Municipal Rd.
Erwinna, PA 18920


Josh Packaging Inc.
245 Marcus Blvd.
Hauppauge, NY 11788


Juanita's Fine Foods
c/o Luis Dominguez
2885 Van Horn Dr.
Hood River, OR 97031

Justin Davis, Esq.
107 N. Commerce Way
Bethlehem, PA 18017


Keystone Food Products
PO Box 326
Easton, PA 18044


Kirk Wilcox
253 Municipal Rd.
Erwinna, PA 18920


Knightly Networks
333 Main Street
Spring Mount
Schwenksville, PA 19473


Lally Pak
1209 Central Ave.
Hillside, NJ 07205


Lanny and Karen Mix
c/o Lawrence Finnerman, Esq.
PO Box 359
Coos Bay, OR 97420


Leviton Law Firm
One Pierce Place
Suite 725 W.
Itasca, IL 60143


Margaret Telander
255 N. Sierra #2204
Reno, NV 89501


Matthew Insolia
1029 Ladera Dr.
Waxhaw, NC 28173

Merchant Captial
1274 49th St.
Suite 197
Brooklyn, NY 11219


Milagro and Franz Roesner
16900 SW 169 Ave.
Miami, FL 33187


Milliken and Michaels Inc.
1114 17th St.
Vero Beach, FL 32960


Moss Adams LLP
1301 A. Street #600
Tacoma, WA 98402


Nicholson Trust
6865 NW Diamond Place
Corvallis, OR 97330


Orthodox Union
40 Rector Street
4th Floor
New York, NY 10006


Pacific Automation
1111 OLD EAGLE SCHOOL RD
Wayne, PA 19087-1453


Parafin Inc
301 Howard Street
Suite 1500
San Francisco, CA 94105


PayDay Employer Solutions
655 Creek Rd.
Bellmawr, NJ 08031

Pension Plan Specialists
805 Broadway St.
#600
Vancouver, WA 98660


Peter Lesser, Esq.
123 S. Broad Street
Suite 2100
Philadelphia, PA 19109


Philip Telander
255 N. Sierra #2204
Reno, NV 89501


Premier Int'l Food Dist.
1029 Ladera Dr.
Waxhaw, NC 28173


Printpack Packaging
2800 Overlook Parkway
Atlanta, GA 30339


Randy & Alicia Hernandez-Teicit
911 NE Avery
Newport, OR 97365


Rebecca Goldberg
5 Byram Rd.
Pipersville, PA 18947


Rob and Ivi Schroeder
1085 Quentin Place
Woodmere, NY 11598


Robert Nicholson
255 N. Sierra St.
#2111
Reno, NV 89501

Robert Paglione Esq.
10,000 Lincoln Dr. East
Suite 201
Marlton, NJ 08053


SBA
6501 Sylan Rd
Suite 100
Citrus Heights, CA 95610-5017


Sean and April Brooks
9329 Creedmor Lane
New Port Richey, FL 34654


SGS Vanguard Sciences
75 Passiac Ave.
Fairfield, NJ 07004


Sophia Zellner
253 Municipal Rd.
Erwinna, PA 18920


SPG Advance
1221 McDonald Ave
Brooklyn, NY 11230


Stark & Stark
PO Box 7164
Lancaster, PA 17604


Swift Financial (PayPal)
Attn: Banktrupcty
3505 Silverside Rd.
Wilmington, DE 19810


Systems Advisory Services
1224 Paloma Ave.
Burlingame, CA 94010

Tabor Farms LLC
220 Farm Lane
Doylestown, PA 18901


Tarpon Logistics Group LLC
dba Unishippers
PO BOX 1560
Melbourne, FL 32902


Teresa and Rod Proper
3425 N. Native Trl.
Rimrock, AZ 86335


Thompson and Skrabanek
42 W. 38th St.
#1002
New York, NY 10018


Tim Peda
2104 East 3rd Ave.
Ellensburg, WA 98926


Timothy Hickey
17064 Fairhaven Ave.
Farmington, MN 55024


Total Quality Logistics
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245


Traffix
Attn: Nizam Bacchus
505-150 Ferrand Dr. 19
Toronto, ON, M3C 3ES
Canada


Tricia and George Chandler
3484 Twenty Mile Way
Loveland, OH 45140

Tristan Chavez
1115 N Angeleno Ave
Azusa, CA 91802


U.S. Bank
P.O. Box 108
Saint Louis, MO 63166


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155


UPS
55 Glenlake Parkway NE
Atlanta, GA 30328


US Eagle Federal Credit Union
3939 Osuna NE
Albuquerque, NM 87109


Verizon Business
PO Box 16810
Newark, NJ 07101


Vivian Johnson
222 Nesting Glade
Depoe Bay, OR 97341


Wolfgang Operations LLC
50 East 4th Ave
York, PA 17404

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Pretzel Perfection, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pretzel Perfection, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

3/1/2024

Date

*/s/ Ronald S. Gellert*

**Ronald S. Gellert**
Signature of Attorney or Litigant
Counsel for   **Pretzel Perfection, LLC**
**Gellert, Scali, Busenkell & Brown, LLC**
**901 Market Street**
**Suite 3020, 3rd Floor**
**Philadelphia, PA 19107**
**302-425-5806 Fax:302-425-5814**
**rgellert@gsbblaw.com**